

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
01/26/2016

IN RE:                                                CASE NO. 10–36491
Rodolfo Decker and Maria Decker                       CHAPTER 13

    Debtor(s)

# ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*62* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ .24
        Owed to: UNITED CREDIT RECOVERY

Signed and Entered on Docket: 1/26/16.

        by: <u>Kristy Love</u>
            Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.